IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAVID SOBEL, Derivatively on Behalf of Nominal Defendant SOLARWINDS CORPORATION, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-CV-272-RP |
| KEVIN B. THOMPSON, J. BARTON KALSU, WILLIAM BOCK, MICHAEL BINGLE, SETH BORO, KENNETH Y. HAO, MICHAEL HOFFMAN, CATHERINE KINNEY, JAMES LINES, EASWARAN SUNDARAM, MICHAEL WIDMANN, and PAUL J. CORMIER, | § § § § § § § § | |
| Defendants, | § § | |
| and | § | |
| SOLARWINDS CORPORATION, | § § | |
| Nominal Defendant. | § § | |

## FINAL JUDGMENT

On July 5, 2023, the Court entered an order granting Defendants' motion to dismiss and dismissing Plaintiff's claims without prejudice. (Order, Dkt. 39). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that, for the reasons set forth in the Order, final judgment is entered for Defendants and against Plaintiffs. The Verified Amended Stockholder Derivative Complaint (Dkt. 30) is dismissed without prejudice.

**IT IS FURTHER ORDERED** that each party shall bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on July 12, 2023.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE